M.D. Appeal Dkt.

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MICHAEL F. SZWERC, M.D., | : | No. 443 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| LEHIGH VALLEY HEALTH NETWORK, | : | |
| INC. D/B/A LEHIGH VALLEY NETWORK; | : | |
| LEHIGH VALLEY HOSPITAL, INC., D/B/A | : | |
| LEHIGH VALLEY HEALTH NETWORK AND | : | |
| LEHIGH VALLEY HEART AND LUNG | : | |
| SURGEONS; LEHIGH VALLEY PHYSICIAN | : | |
| GROUP, AFFILIATED WITH THE LEHIGH | : | |
| VALLEY HEALTH NETWORK D/B/A | : | |
| LEHIGH VALLEY PHYSICIAN GROUP AND | : | |
| LEHIGH VALLEY HEART AND LUNG | : | |
| SURGEONS; SPECIALTY PHYSICIANS OF | : | |
| LVHN, P.C. D/B/A LEHIGH VALLEY HEART | : | |
| AND LUNG SURGEONS; MICHAEL D. | : | |
| PASQUALE, M.D.; MICHAEL A. ROSSI, | : | |
| M.D.; AND THOMAS V. WHALEN, M.D., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 17th day of February, 2021, the Petition for Allowance of Appeal

is **GRANTED**. The issue, as stated by Petitioner, is:

  Whether the Superior Court erred in affirming the [t]rial [c]ourt's [o]rder denying [Petitioner's] Motion for Attorney[s'] Fees and Costs Incurred in Appeal and Collection of Judgment on the basis that such [m]otion was untimely and/or that the [t]rial [c]ourt lacked jurisdiction to consider same?